UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHURAKOS,

                Plaintiffs,

    -against-

UNITED STATES OF AMERICA,

                Defendants.

------------------------------------------------------------------X

7:22-CV-10344 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than **June 22, 2023**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
                  June 15, 2023

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge