

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

July 14, 2023

**MEMO ENDORSED**

**VIA ECF**
The Honorable Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:   *Theodore Churakos v. United States of America,* 22-cv-10344 (VR)

Dear Judge Reznik:

    This Office represents the United States of America (the "Government") in the above-referenced action. On July 11, 2023, this Court issued an order scheduling a status conference for August 2, 2023 at 10 AM. ECF No. 23. The Government writes to respectfully request that the August 2, 2023 status conference be rescheduled due to the undersigned's schedule.

    The undersigned has a previously scheduled court conference at the same time. Plaintiff consents to the Government's request to reschedule the August 2, 2023 status conference. Both parties are available on August 7, August 8, or at a later date that is convenient for the Court.

    We thank the Court for its consideration of this letter.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    By:   /s/ *Rebecca L. Salk*
        REBECCA L. SALK
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2614
        Rebecca.Salk@usdoj.gov

---

The parties request is GRANTED.

The August 2, 2023 status conference is rescheduled to August 8, 2023 at 11:30 am.

The clerk of court is respectfully requested to close out ECF No. 24.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
7/17/23