```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Theodore Churakos,

                    Plaintiff,

          -against-

United States of America,

                    Defendant(s).
----------------------------------------------------------------X

22-cv-10344

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court, having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

    **SO ORDERED.**

DATED:    White Plains, New York
                1/30/25

_____
VICTORIA REZNIK
United States Magistrate Judge